1  Nicholas J. Bontrager, Esq. (SBN 252114)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  T: (323) 988-2400; F: (866) 802-0021
   nbontrager@consumerlawcenter.com
4  Attorneys for Plaintiff,
   DARLA DEVLIN

# UNITED STATES DISTRICT COURT,
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLA DEVLIN, | Case No.: CV-10-0334 |
| Plaintiff, | **VOLUNTARY DISMISSAL** |
| v. | |
| BUREAU OF COLLECTION RECOVERY, INC., | |
| Defendant. | |

## **VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, DARLA DEVIN, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: April 19, 2010                                    KROHN & MOSS, LTD.


                                                         By: /s/Nicholas J. Bontrager
                                                             Nicholas J. Bontrager
                                                             Attorneys for Plaintiff
                                                             DARLA DEVIN

# CERTIFICATE OF SERVICE

I, Nicholas Bontrager, hereby certify that a copy of the foregoing **1) Voluntary Dismissal** was sent via FIRST CLASS MAIL to:

Bureau of Collection Recovery
7575 Corporate Way
Eden Prarie, MN 55344

Dated:  April 19, 2010                    /s/Nicholas Bontrager
                                          Nicholas Bontrager
                                          Krohn & Moss, Ltd.
                                          10474 Santa Monica Blvd. Suite 401
                                          Los Angeles, CA  90025
                                          T: (323) 988-2400; F: (866) 583-3695